IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| EVANS GENERAL CONTRACTORS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) Case No. 2:24-CV-00006-RWS <br> v. ) <br> ) <br> FLYNN BROTHERS CONTRACTING, INC. and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, ) <br> ) <br> Defendants. ) | |

## **JOINT STIPULATION OF DIMSISSAL WITH PREJUDICE**

COME NOW, the parties, by and through their respective undersigned counsel and, pursuant to Rule 41(a)(1), of the Federal Rules of Civil Procedure, hereby inform the Court that they have reached an agreement to voluntarily dismiss the above-styled lawsuit with prejudice. All parties are thereby dismissed from the instant action. The parties shall bear their own costs and attorneys' fees. The Clerk of Court is hereby directed to mark said case "Dismissed With Prejudice" upon the docket of this Court.

Respectfully submitted this 27th day of May, 2025.

| | |
|---|---|
| **HUDSON LAMBERT PARROTT, LLC** | **FLATT & DALE, P.C.** |
| */s/ Kevin H. Hudson*<br>Kevin H. Hudson<br>Georgia Bar No.: 374630<br>Alexander J. Bell<br>Georgia Bar No.: 282562<br>Cory L. Takeuchi<br>Georgia Bar No.: 424678 | */s/ G. Bruce Stigger (with express permission)*<br>William D. Flatt<br>Georgia Bar No. 262827<br>Kevin S. Dale<br>Georgia Bar No. 328098 |
| Fifteen Piedmont Center<br>3575 Piedmont Road, NE<br>Suite 200<br>Atlanta, Georgia 30305<br>Telephone: (404) 554-8166<br>Facsimile: (404) 554-8171<br>Email: khudson@hlpwlaw.com<br>Email: abell@hlpwlaw.com<br>Email: ctakeuchi@hlpwlaw.com | 5555 Glenridge Connector, Ste. 200<br>Atlanta, GA 30342<br>Telephone: (404) 400-1794<br>Email: wdf@flattdale.com<br>Email: ksd@flattdale.com |
| *Counsel for Plaintiff Evans General Contractors, LLC* | and<br><br>G. Bruce Stigger (*pro hac vice*)<br>Manion Stigger, LLP<br>500 West Jefferson Street,<br>Suite 1610<br>Louisville, Kentucky 40202<br>Email: bstigger@manionstigger.com<br><br>*Counsel for Defendants Flynn Brothers Contracting, Inc. and Travelers Casualty and Surety Company of America* |

2

## **LR 7.1 CERTIFICATE**

Pursuant to L.R. 7.1D, counsel certifies that the foregoing complies with the font and point selections approved by the Court in L.R. 5.1C. This document was prepared using Times New Roman 14-point font.

*/s/ Kevin H. Hudson*
Kevin H. Hudson
Georgia Bar No. 374630

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

William D. Flatt
Kevin S. Dale
Flatt & Dale, P.C.
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
wdf@flattdale.com
ksd@flattdale.com

G. Bruce Stigger
Manion Stigger, LLP
500 West Jefferson Street, Suite 1610
Louisville, KY 40202
bstigger@manionstigger.com
*Attorneys for Defendants*

This 27th day of May, 2025.

                                   **HUDSON LAMBERT PARROTT, LLC**

                                   */s/ Kevin H. Hudson*
                                   Kevin H. Hudson
                                   Georgia Bar No.: 374630
                                   Alexander J. Bell
                                   Georgia Bar No.: 282562
                                   Cory L. Takeuchi
                                   Georgia Bar No.: 424678
                                   COUNSEL FOR PLAINTIFF

Fifteen Piedmont Center
3575 Piedmont Road, NE, Suite 200
Atlanta, Georgia 30305
Telephone: (404) 554-8166
Fax: (404) 554-8171
Email: khudson@hlpwlaw.com
Email: abell@hlpwlaw.com
Email: ctakeuchi@hlpwlaw.com

5